**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

BERLIE DANIELS, JR.,

    Plaintiff,

v.                                                                                CASE NO. 5:11cv358-MP-GRJ

Bill McCOLLUM, et al.,
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated January 27, 2012.  (Doc. 6).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.   The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.  This case is DISMISSED pursuant to 28 U.S.C. § 1915(g) because Plaintiff has three strikes and pursuant to 28 U.S.C § 1915(e)(2)(B) because Plaintiff's claim is frivolous.

    3.  The dismissal of this case counts as a strike pursuant to 28 U.S.C § 1915(g).

    4.  Plaintiff's motion for leave to proceed as a pauper (doc. 3) is DENIED.

    **DONE and ORDERED** this 28th day of February, 2012.

                        *s/ M. Casey Rodgers*
                        **M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**